# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# ALLENTOWN DIVISON

| | | |
|---|---|---|
| JOSEPH OSTRANDER | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 20-5227 |
| | : | |
| v. | : | |
| | : | |
| TRANS UNION LLC AND TRUST BANK | : | **JURY TRIAL DEMANDED** |
| | : | |
| Defendant. | : | |

## PLAINTIFF'S NOTICE OF APPEAL

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Notice is hereby given that Joseph Ostrander, Plaintiff in the above-named case, hereby appeals to the United States District Court of Appeals for the Third Circuit from the Order granting Defendant's Motion for Judgment on the Pleadings, et al., dated July 30, 2021, by the District Court named above (Exh. A).  (Docket No. 72).

Respectfully submitted,

**WEISBERG LAW**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### ALLENTOWN DIVISON

| | | |
|---|---|---|
| JOSEPH OSTRANDER | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 20-5227 |
| | : | |
| v. | : | |
| | : | |
| TRANS UNION LLC AND TRUST BANK | : | **JURY TRIAL DEMANDED** |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, Matthew B. Weisberg, Esquire, hereby certify that on this 2Nd day of August, 2021, a true and correct copy of the foregoing Plaintiff's Notice of Appeal was served via ECF, upon the following parties:

Susan R. Shan
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, In 46077

Camille R. Nicodemus
Schuckit & Associates PC
4545 Northwestern Dr
Zionsville, In 46077

Casey Green
Sidkoff, Pincus & Green, P.C.
1101 Market Street
2700 Aramark Tower
Philadelphia, Pa 19107

William M. Huse
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, In 46077

Daniel J.T. Mckenna
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street
51st Floor
Philadelphia, Pa 19103-7599

Andrew M. Carobus
Ballard Spahr LLP
1735 Market Street
51st Floor
Philadelphia, Pa 19103

**WEISBERG LAW**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney for Plaintiff

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH OSTRANDER, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 20-5227 |
| | : | |
| v. | : | |
| | : | |
| TRANS UNION LLC and TRUIST BANK, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 30th day of July, 2021, after considering (1) the complaint (Doc. No. 1); (2) Trans Union LLC's motion for judgment on the pleadings (Doc. No. 24); (3) Truist Bank's motion for judgment on the pleadings (Doc. No. 28); (4) Trans Union LLC's notice of supplemental authority (Doc. No. 30); (5) the plaintiff's notice of adverse authority (Doc. No. 31); (6) the plaintiff's response in opposition to the defendants' motions for judgment on the pleadings and partial cross-motion for judgment on the pleadings (Doc. No. 41); (7) Truist Bank's reply in support of its motion for judgment on the pleadings and response in opposition to the plaintiff's partial cross-motion for judgment on the pleadings (Doc. No. 44); (8) Trans Union LLC's reply in support of its motion for judgment on the pleadings and response in opposition to the plaintiff's partial cross-motion for judgment on the pleadings (Doc. No. 45); (9) the plaintiff's reply in support of its partial cross-motion for judgment on the pleadings (Doc. No. 46); (10) the parties' arguments during oral argument on April 15, 2021 (Doc. No. 47); (11) the plaintiff's supplemental brief sur oral argument (Doc. No. 48); (12) the defendants' joint response to the plaintiff's supplemental brief sur oral argument (Doc. No. 57); (13) Trans Union LLC's second notice of supplemental authority (Doc. No. 66); (14) the plaintiff's notice of supplemental authority (Doc.

No. 69); and (15) Trans Union LLC's third notice of supplemental authority (Doc. No. 70), it is hereby **ORDERED** as follows:

    1.     Trans Union LLC's motion for judgment on the pleadings (Doc. No. 24) is **GRANTED** and judgment is entered in favor of Trans Union LLC;

    2.     Truist Bank's motion for judgment on the pleadings (Doc. No. 28) is **GRANTED** and judgment is entered in favor of Truist Bank;

    3.     The plaintiff's partial cross-motion for judgment on the pleadings is **DENIED**;

    4.     The clerk of court is directed to mark this case as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.